

# harman claytor corrigan wellman
THE CIVIL LITIGATION FIRM

JOHN R. OWEN
804.762.8028
DIRECT FAX | 804.887.2712
jowen@hccw.com

January 8, 2015

**VIA U.S. MAIL AND EMAIL**

Richard N. Shapiro, Esq.  
Patrick Austin, Esq.  
Shapiro, Lewis, Appleton & Duffan, P.C.  
1294 Diamond Springs Road  
Virginia Beach, VA 23455

Robert C. Sullivan, Esq.  
Sullivan, Morgan & Chronic LLC  
1600 Baltimore Avenue, Suite 200  
Kansas City, MO 64108

Re: Stephen E. Bilenky, Administrator of the Estate of Frank S. Wright, deceased v. Ryobi LTD., et al.
U. S. District Court – Eastern District of Virginia – Norfolk Division
Case No.: 2:13-CV-345

Dear Mr. Shapiro:

I write to provide Home Depot U.S.A., Inc.'s Second Supplemental Answers to Plaintiff's First Interrogatories and Second Supplemental Responses to Plaintiff's Requests for Production of Documents and Tangible Things and Defendants' Supplemental Privilege Log. If you should have any questions, please do not hesitate to contact me at your convenience.

With kindest personal regards, I remain

Sincerely,

John R. Owen

JRO/mec  
Enclosures  
cc: Frederick W. Bode, III, Esq. *(via email only)*  
Douglas M. Grimsley, Esq. *(via email only)*

POST OFFICE BOX 70280 | RICHMOND, VA 23255
4951 LAKE BROOK DR. | SUITE 100 | GLEN ALLEN, VA 23060
OFFICE 804.747.5200 | FAX 804.747.6085 | WEB HCCW.COM
member of the harmonie group

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

STEPHEN E. BILENKY, ADMINISTRATOR
OF THE ESTATE OF FRANK S. WRIGHT,
DECEASED,

    Plaintiff,

v.                                 Case No. 2:13-CV-345

RYOBI NORTH AMERICA, INC.,
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., ONE WORLD
TECHNOLOGIES, INC., HOME DEPOT
USA, INC.,

    Defendants.

## HOME DEPOT U.S.A., INC.'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES AND SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS

Defendant Home Depot U.S.A., Inc. ("Home Depot U.S.A."), by counsel, states as follows for its Second Supplemental Answers to Plaintiff's First Interrogatories and Second Supplemental Response to Plaintiff's First Request for Production of Documents and Tangible Things:

### I. Preliminary Statement

The subject lawn tractor was manufactured by Husqvarna Consumer Outdoor Products N.A., Inc. ("Husqvarna"). Husqvarna is not a party to this lawsuit. At Home Depot's request, Husqvarna, agreed to provide the following supplemental information and documents. This information and documents were discovered only recently by Husqvarna.

### V. Prior Claims

Husqvarna is not aware of any claims involving a fire for any tractor within the subject model family, Ryobi brand tractors, Model Nos. 96016000400, 96016000401 and 96016000402.

### SUPPLEMENTAL RESPONSE

Husqvarna recently discovered one (1) prior incident involving a fire with a Ryobi branded lawn tractor. Due to the fact that the fire consumed the identification plates, the model and serial numbers for the tractor involved in this incident are unknown. However, the lawn tractor is described as a Ryobi branded lawn tractor with 42-inch mowing deck, mechanical clutch, hydrostatic transmission, Briggs & Stratton engine and front mounted fuel tank. The incident occurred on July 26, 2010 in Jeffersonville, Indiana. The operator used the tractor on a hot day and did not let the machine cool prior to storing the machine in the garage, in close proximity to flammable debris –rags and gas cans – stored adjacent to the tractor. The fire incident resulted in property damage only. By way of further response, see the attached documents and photographs marked as Bates Labeled HDUSA 02014-HDUSA 02022 and HDUSA 02029-HDUSA 02154.

**HOME DEPOT U.S.A., INC.**

By Counsel

_____
John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Attorneys for Home Depot U.S.A., Inc.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com

## **CERTIFICATE**

I hereby certify that a true copy of the foregoing was emailed and mailed this 8th day of January, 2015 to:

Richard N. Shapiro, Esq.
VSB No. 24324
Shapiro, Lewis & Appleton, P.C.
1294 Diamond Springs Road
Virginia Beach, VA 23455
757-460-7776 - Phone
757-460-3428 - Fax
rshapiro@hsinjurylaw.com

Robert C. Sullivan, Esq.
Sullivan, Morgan & Chronic LLC
1600 Baltimore Avenue, Suite 200
Kansas City, MO 64108
816-221-9922 - Phone
816-817-1962 - Fax
rsullivan@smctriallawyers.com

_____
John R. Owen

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

STEPHEN E. BILENKY, ADMINISTRATOR
OF THE ESTATE OF FRANK S. WRIGHT,
DECEASED,

    Plaintiff,

v.                                    Case No. 2:13-CV-345

RYOBI NORTH AMERICA, INC.,
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., ONE WORLD
TECHNOLOGIES, INC., HOME DEPOT
USA, INC.,

    Defendants.

## DEFENDANTS' SUPPLEMENTAL PRIVILEGE LOG

Defendants Techtronic Industries North America, Inc., Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot U.S.A., Inc., by counsel, submit the following Privilege Log.

| DOCUMENT DESCRIPTION | DESCRIPTION OF PRIVILEGE INFORMATION | BASIS OF PRIVILEGE | BATES NO. |
|---|---|---|---|
| Neil Wu notes dated 4/07/2014; pg. 3 | Redacted information relates to discussions between defense counsel and defense experts regarding trial strategy and preparation | Fed. R.Civ.P. 26(b)(4)(C) | n/a |
| Neil Wu notes dated 4/30/2014; pg. 1 | Redacted information relates to discussions between defense counsel and defense experts regarding trial strategy and preparation | Fed. R.Civ.P. 26(b)(4)(C) | n/a |

| DOCUMENT DESCRIPTION | DESCRIPTION OF PRIVILEGE INFORMATION | BASIS OF PRIVILEGE | BATES NO. |
|---|---|---|---|
| Jeffries Claim Notes 8/18/10-12/7/11 2 pages | Work product | Fed. R.Civ.P. 26(b)(3) | HDUSA 02023-HDUSA 02024 |
| E-mail chain between Keith Degner, Engineer, Husqvarna, Marie Florek, Paralegal, Husqvarna and Wayne Hill, Director of Product Safety, Techtronic 8/17/10 2 pages | Work product | Fed. R.Civ.P. 26(b)(3) | HDUSA 02025-HDUSA 02026 |
| Claim Detail 2 pages | Work product | Fed. R.Civ.P. 26(b)(3) | HDUSA 02027-HDUSA 02028 |

HOME DEPOT U.S.A., INC., RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLOGIES, INC., AND TECHTRONIC INDUSTRIES NORTH AMERICA, INC.

By Counsel

John R. Owen (VSB No. 39560)
Julie S. Palmer (VSB No. 65800)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
jpalmer@hccw.com

2

Frederick W. Bode, III, Esq.
Douglas M. Grimsley, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
412-392-5418 - Phone
888-811-7144 - Fax
rbode@dmclaw.com
dgrimsley@dmclaw.com

# CERTIFICATE

I hereby certify that a true copy of the foregoing was emailed and mailed this 8th day of January, 2015 to:

Richard N. Shapiro, Esq.
VSB No. 24324
Shapiro, Lewis & Appleton, P.C.
1294 Diamond Springs Road
Virginia Beach, VA 23455
757-460-7776 - Phone
757-460-3428 - Fax
rshapiro@hsinjurylaw.com

Robert C. Sullivan, Esq.
Sullivan, Morgan & Chronic LLC
1600 Baltimore Avenue, Suite 200
Kansas City, MO 64108
816-221-9922 - Phone
816-817-1962 - Fax
rsullivan@smctriallawyers.com

John R. Owen

**Thoughts on Jeffries:  B01434**

Conducted inspection at fire site, 1215 Sandstone Dr., Jeffersonville, IN 47130.   September 8, 2010 with Miranda Hewlett from Donan Engineering.

Statement from Ms. Hewlett about her conversation with the operator of the tractor and familiarity with the file:

1. She saw the site earlier, prior to cleanup.   Patterns consistent with tractor being the origin of fire.
2. Operator used the tractor (daughter) that day to mow neighbors yard across the street about 15 minutes.   Then parked the tractor in the garage and went into the house.   Logged on to her Facebook account and 10-15 minutes later smelled something, came to the garage and was met with smoke.   Called 911 but was cut off (phone wire went through area of fire), went out front to neighbors to continue the call, looked into garage and saw flames reaching to ceiling above the tractor.   Door had opened.
3. Operator saw burning trail of liquid running out the garage door.   Operator said gas was stored in same garage, adjacent to the machine.
4. FD responded and put out the fire.   Home apparently totaled.
5. No car in the garage.
6. Tractor about 5 years old.   Initially purchased a MTD machine, dissatisfied and returned for the Ryobi.   Initial OM produced was apparently from the MTD.
7. Tractor purchased when father who was sick could no longer do the yard.   Shortly after the purchase he passed away and the daughter continued to mow.
8. When asked about their maintenance practices there was no response, taken as no maintenance done.   Do recall doing a new battery roughly a year prior to the fire.
9. Fire was around 10 AM, hot day in July, temps already near 90.
10. Garage was finished with drywall.   Single story house with basement.

**My inspection:**

1. Unit is a step through LT frame, 42" mower with mechanical clutch, fender shift hydro, single Briggs engine, front tank, rear battery, ammeter.
2. Site is under cleanup.   Only far left partial garage wall left standing along with the tractor in the back corner, covered with shrink wrap and plywood enclosure.
3. Partial wall shows burn pattern consistent with fire around tractor, but vinyl siding from wall is only melted, not burned all the way down.
4. Full basement except for under garage, all clean.   Dumpster in place.
5. Small lot, ¼ acre at most for yard.   Some slope in rear and front.
6. Studs, copper, wiring being salvaged from old home.
7. Evidence tag labeled from Donan Engineering.    MH, dated 7-30-10.
8. Unit is badly burned, most consumables gone, aluminum also melted.
    a. Small tire patches remain, very little on the front, slightly larger on the rear.
    b. Under the aluminum puddle on the floor is evidence of the front fuel tank plastic.

**CONFIDENTIAL HDUSA 02019**

     c. Underside of hood still has much of the paint intact, closed at time of fire
     d. White material, like paint, only on left side inside of hood
     e. Damage worse to the right of the vehicle on the mower
     f. Front engine area and steering equal burn damage, consistent with patterns on wood below machine.

9. Unit also crushed due to external loads: (Miranda commented the back wall fell into garage on top of unit. Wall studs in front of machine were burned off.)
     a. Seat bent forward, almost in half.
     b. Left side of fender crushed.
     c. Hood smashed both sides
     d. Dash crushed forward and down, significantly
     e. Transaxle mounting brackets bent

10. Controls:
     a. Hydro bypass disengaged.
     b. Throttle in low speed
     c. Mower manual clutch off
     d. Parking brake off
     e. Hood closed (headlight bulb on muffler)
     f. Mower lift in low cut
     g. Hydro fender shift control in medium speed
     h. Seat in full rear position

11. Engine:
     a. Single cylinder
     b. Starter loose from engine
     c. Engine melted extensively, most aluminum gone. Carb, oil filter, controls, valve cover, starter melted off engine.
     d. Afterfire solenoid found, separated from engine
     e. Oil filter loose, also coil

12. Muffler and shields in good condition.
     a. Muffler area full of plastics debris from engine and grille
     b. Small amount of grass debris remaining
     c. Wood from building

13. Mower:
     a. 42" with rear gage wheels
     b. RH mandrel housing melted extensively
     c. LH mandrel casting not melted at all
     d. Discharge hardware intact and in place
     e. Top of mower housing shows little grass debris
     f. Piece of grass debris stuck to front of housing, right about vortex baffle which is in good condition. 4" long.
     g. Std or bagging blades, not mulching
     h. Underside fairly clean but for V shape between blades at rear, grass remaining

**CONFIDENTIAL**
**HDUSA 02020**

14. Electrical:
    a. Starter wire shows solenoid hardware, intact to starter
    b. No solenoid or fuse residue found
    c. Rear battery, cables both pulled out of battery hole
    d. Battery case gone but battery largely still on top of transaxle
    e. Battery cable hardware intact, appears to be OEM
    f. Battery ground wire still attached to frame
    g. Positive wire welded to frame forward of battery, no fuel source, after the fire started.
15. Fuel tank screws intact and appear tight
16. Materials under the tractor:  (all retained)
    a. Roll of cooper tubing coiled up and under the vehicle, directly under muffler (30)
    b. Aluminum puddle under the engine has flowed around 3 strands of stranded wire that measured 0.116" (9 gage).   Other solid strands found measured 0.100.  (10 gage)
    c. Aluminum puddle with wiring shows signs of fuel tank plastic on the ground
    d. Found actual coil of this wire, insulation intact on ground side
    e. Particle board sheet under the machine
    f. Large handful of cloth found in several spots under the engine area, one appeared right on copper tubing below muffler.   Weave pattern, perhaps a scarf.
17. Tractor wheelbase measured about 47"
18. Steering wheel hardware intact
19. One piece of fuel line with clamp engaged, found at front of unit on ground.   Likely engine connection.
20. Board under machine shows most damage under area of engine and fuel tank.

**Report for Yata:   B001434**

a. Site was almost entirely cleaned up.   So our side didn't have an opportunity to look for other fire sources or patterns.    Donan Engineering did a site inspection previously.
b. Tractor badly burned and smashed by the falling house.
c. Loss of the house was total.
d. Owner/operator claims they had just used the machine and about 10-15 minute later there was a fire.
e. Was a hot morning in July, very dry.
f. No defects found with the tractor.   All electrical that could be observed looked normal.   Found engine fuel line with clamp intact.
g. Burn patterns observable show likely origin was the engine area of the tractor.   Consistent with witness saying fire seen on the tractor, and also story of fire investigator in regard to remainder of the building.
h. Some debris remaining in the mower deck, 4" of fine grass debris in lump on vortex baffle.   Muffler area found to be generally clean with burn damage remains only.
i. Tractor was parked when hot in the corner of the garage, in an area with other materials in close proximity.

**CONFIDENTIAL
HDUSA 02021**

j.  Most notable was a pile of burned rags directly under the engine.   Also evident was a coil of copper tubing and bundle of electrical wiring, also all under the engine area of the tractor.
k.  Operator was daughter of owner, 20's,  had been mowing for several years since father had taken sick and died shortly after purchasing the machine.
l.  When fire investigator asked about routine maintenance it was clear there was none provided.   Had replaced a battery a year prior.
m.  Operator did not let the machine cool prior to storage.   Also parked the hot machine in close or direct proximity to flammable debris (rags) that likely started the fire.
n.  Gas was also stored in cans in the area, adjacent to the machine.
o.  Deny claim.   Operator error.   No defect of machine.

**CONFIDENTIAL
HDUSA 02022**



# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

333 W. WACKER DRIVE   SUITE 1900   CHICAGO, IL 60606   312.382.3100   312.382.8910 FAX   www.cozen.com

August 12, 2010

**Marisa L. Saber**
Direct Phone 312.382.3183
Direct Fax   312.706.9783
msaber@cozen.com

**VIA CERTIFIED MAIL**
**VIA US MAIL**

RYOBI TECHNOLOGIES, INC.
1428 Pearman Dairy Road
Anderson, SC  29625

Re:   Insured:              Melissa Jeffries
      Date of Loss:         July 27, 2010
      Loss Location:        1215 Sandstone Dr., Jeffersonville, IN
      Claim No.:            15664803
      Our File No.:         274765

To Whom This May Concern:

Please be advised that this office represents Liberty Mutual Insurance, the insurance carrier for Melissa Jeffries with respect to her home located at 1215 Sandstone Dr., Jeffersonville, Indiana.  This property sustained extensive damage as the result of a fire which occurred on July 27, 2010.  Preliminary investigation has suggested that the fire originated at or near a the front of detached garage at a  5 year old Ryobi riding lawn mower purchased at Home Depot, manufactured by MTD.  The purchase receipt is attached. Unfortunately, due to the degree of damage and our investigator not wanting to destroy any part of the mower, we cannot further identify the make or model.

The purpose of this letter is to place you on notice of Liberty Mutual's interests in this matter, and to provide you with an opportunity to have a representative of your company and/or your company's liability insurance carrier inspect the physical evidence.

At this time, the state of the house as it was at the time of the fire.  I request that you advise if there is any insurance coverage in place that would provide coverage for the loss incurred by our insured.  Please consider this a notice of claim under that policy and forward this notice on to the appropriate carrier, risk manager or insurance agent.  **Further, we are planning a scene examination at the insured's residence, after which the scene will be released for repairs. Please contact me to coordinate a time for the inspection <u>before August 20, 2010</u>. If we do**

**CONFIDENTIAL
HDUSA 02016**

RYOBI TECHNOLOGIES, INC.
August 12, 2010
Page 2

---

**not hear from you regarding interest in attending this examination, we will assume you have no interest in attending and the scene will be released for repairs thereafter.**

Thank you. I look forward to hearing from you shortly.

Sincerely,

COZEN O'CONNOR

By: Marisa L. Saber

MLS/glh

CHICAGO\783823\1 274675.000

CONFIDENTIAL
HDUSA 02017

CONFIDENTIAL
HDUSA 02018

```
THE HOME DEPOT 2002
      1000 E. HWY. 131
CLARKSVILLE,IN 47129  (812)282-0470

       2002 00016 04743       10/29/05
SALE              32 FJ020G   05:59 PM
```



```
425538 LAWN TRACTOR                1099.00
  RSN: 5     NEW AMT 799.00 MKDN  -300.00
                SUBTOTAL            799.00
                SALES TAX            47.94
                TOTAL              $846.94
XXXXXXXX4683    STORE CREDIT        846.94
CARD BALANCE                          0.00
                                       TA
```

```
2002 16 04743 10/29/2005 2562
```

NOW HIRING SPECIALTY SALES ASSOCIATES.
APPLY TODAY IN-STORE OR ON-LINE AT:
CAREERS.HOMEDEPOT.COM/SPECIALISTS
*******************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
        your store visit at:

       www.HomeDepotOpinion.com

   You will need the following to enter
              on-line:

          User ID:
          11777 9791

# McCutchen Volunteer Fire Department
## Incident Report

| 07/26/10 | Incident Number | 74 | | |
|---|---|---|---|---|
| MMDDYY | **Incident Type** | Structure Fire | | |

Shift  1  2  3

**Location** | 74 | 1215 | Sandstone Drive | |
Box | Number | Street | Apt#

Standby Crew

Jeffersonville | IN | 47130
City/Town | State | Zip Code

| | |
|---|---|
| Occupant | SAO |
| Occupant Phone# | SAO |
| Owner | Melissa Jefferies |
| Owner Phone# | 812-282-0472 |
| Owner Address | SAA |
| Insurance Company | Liberty Mutual |
| Agent | Unknown |
| Address | Phone # 502-425-8450 |
| Type Construction | Wood Frame |
| Area Of Fire Origin | Garage |
| No. of Stories | 1 |
| Story of Origin | 1 |
| Above Grade | 1 |
| Below Grade | 1 |
| Material Ignited | Lawn Mower |
| Type of Ignition | Mechanical |
| Method of Extinguishment | Water |

### Time
| | |
|---|---|
| Alarm | 10:06:00 |
| Responding | 10:08:00 |
| Arrival | 10:12:00 |
| Controlled | 11:15:00 |
| Clr Scene | 13:40:00 |

**Actions Taken**
- Fire Suppression
- Overhaul
- Investigation

**Casualties**
| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

Complete NFIRS Casualty Report

**Detectors**
- [X] Detector Alerted Occupants
- [ ] Detector Did Not Alert Occupants
- [ ] No Detector Present
- [ ] Unknown

Date & Initials Report Entered Into NIFRS

**Property Use**
Residential? 1 or 2 Family / Multi
Other
Occupied? Yes / No

**Mobile Vehicle Information**
Year ____ Make ____
Model ____
Tag/Vin# ____

**Hazardous Materials Release**
- [X] None
- [ ] Natural Gas
- [ ] Propane
- [ ] Motor Oils
- [ ] Kerosene
- [ ] Household Solvents
- [ ] Fuels  Diesel / Gasoline
- [ ] Paint
- [ ] Other

**Resources**
- [X] Car 110
- [ ] Car 111
- [ ] Engine 113
- [X] Brush 114
- [X] Engine 115
- [X] Engine 116
- [X] EMS  Utica EMS
- [X] Police  CCPD

**Mutual Aid**
- [X] Received  CFD/Utica
- [ ] Given

**Narrative**
1 story wood frame attached garage fully involved upon arrival. Exposures on Sides 2 and 4 were damaged by radiant heat (no fire damage). Attacked fire with hand line and established water supply. 2nd handline established as additional personnel arrived on scene. Pulled personnel from structure and went into defensive mode when fire broke through roof of main structure. Gained control and started overhaul. (Con't on page 2.)

**Personnel Responding:**

Engine 115
- OIC
- ENG Limon, Jr.
- OJSF
- OJSR
- EJSF
- EJSR

Engine 116
- OIC Geary
- ENG K. Sellmer
- OJSF Patterson
- OJSR
- EJSF
- EJSR

Engine 113
- OIC
- ENG
- OJS
- CJS
- EJS

Car 110 [101]
- OIC Tenney

Car 111 [102]
- OIC

Brush 114
- OIC
- ENG Langdon
- CS

Personnel On Station
- Reed (pov)
- Linker (pov)
- Sellmer, Jr (pov)

FOR OFFICE USE ONLY

Member Making Report: K. Sellmer
Officer-In-Charge: Linker

Complete Patient Contact Report (If Required) [ ] No Patient Contact

**CONFIDENTIAL**
HDUSA 02014

McCulloch Volunteer Fire Department
Additional Narrative

Rescued family cat and successfully resusitated. Transported cat to Eastside Animal Hospital. Competed overhaul and turned structure over to investigator   See attached investigator's report

CONFIDENTIAL
HDUSA 02015