# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| STEPHEN E. BILENKY, ADMINISTRATOR OF THE ESTATE OF FRANK S. WRIGHT, DECEASED, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 2:13 CV 00345 RAJ-DEM |
| RYOBI, LTD., ET AL., | )<br>) |
| Defendants. | ) |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT TO MOTION FOR EXPEDITED DISCOVERY

The plaintiff, by counsel, files this supplemental exhibit to be included with Plaintiff's Motion for Expedited Discovery that was filed on January 09, 2015. The exhibit includes the following:

1. Plaintiff's Corporate Representative Deposition Designation of Timothy Seymour

2. Defendants' Objections to Plaintiff's Amended Deposition Designation of Home Depot's Tim Seymour.

SHAPIRO APPLETON & DUFFAN, P.C.

By   /s/Richard N. Shapiro
Richard N. Shapiro  (VSB NO. 24324)
1294 Diamond Springs Road
Virginia Beach, VA 23455
(757) 460-7776 (telephone)
(757) 460-3428 (facsimile)
RShapiro@hsinjurylaw.com

AND

SULLIVAN LAW

Robert C. Sullivan
1600 Baltimore, Suite 200
Kansas City MO  64108
(816) 221-9922 (telephone)
(816) 817-1962 (facsimile)
rsullivan@sullivantrial.com
*Admitted Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served by (X) regular U.S. Mail, postage prepaid; (   ) facsimile; (   ) overnight delivery; (X) electronic transmission and/or (   ) hand delivery, this 9th day of January, 2015, to:

John R. Owen
Julie S. Palmer
David J. Esposito
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  70280
jowen@hccw.com
jpalmer@hccw.com
desposito@hccw.com

ATTORNEYS FOR DEFENDANTS
HOME DEPOT U.S.A., INC.;
RYOBI TECHNOLOGIES, INC.;
ONE WORLD TECHNOLOGIES, INC.
AND TECHTRONIC INDUSTRIES
NORTH AMERICA, INC.

ATTORNEYS FOR DEFENDANTS

   s/Richard N. Shapiro
Attorney for Plaintiff