## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| STEPHEN E. BILENKY, ADMINISTRATOR OF THE ESTATE OF FRANK S. WRIGHT, DECEASED, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:13 CV 00345 RAJ-DEM ) |
| RYOBI, LTD., ET AL., | ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S SUPPLEMENT TO PROPOSED EXHIBIT LIST IN FINAL PRETRIAL ORDER

The plaintiff, by counsel, respectfully supplements the Proposed Exhibit List contained in the Final Pretrial Order with the following:

1. HDUSA 02014-02015

2. HDUSA 02016-02018

3. HDUSA 02019-02022

4. HDUSA 02029-02154

5. HDUSA's 2nd Supplemental Discovery Responses

SHAPIRO APPLETON & DUFFAN, P.C.

By /s/Richard N. Shapiro
Richard N. Shapiro  (VSB NO. 24324)
1294 Diamond Springs Road
Virginia Beach, VA 23455
(757) 460-7776 (telephone)
(757) 460-3428 (facsimile)
RShapiro@hsinjurylaw.com

AND

SULLIVAN LAW

Robert C. Sullivan
1600 Baltimore, Suite 200
Kansas City MO  64108
(816) 221-9922 (telephone)
(816) 817-1962 (facsimile)
rsullivan@sullivantrial.com
*Admitted Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by (X) regular U.S. Mail, postage prepaid; (  ) facsimile; (  ) overnight delivery; (X) electronic transmission and/or (  ) hand delivery, this 9th day of January, 2015, to:

John R. Owen
Julie S. Palmer
David J. Esposito
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  70280
jowen@hccw.com
jpalmer@hccw.com
desposito@hccw.com

ATTORNEYS FOR DEFENDANTS
HOME DEPOT U.S.A., INC.;
RYOBI TECHNOLOGIES, INC.;
ONE WORLD TECHNOLOGIES, INC.
AND TECHTRONIC INDUSTRIES
NORTH AMERICA, INC.

ATTORNEYS FOR DEFENDANTS

3

                                                                                                                         <u>s/Richard N. Shapiro</u>
                                                                                                                        Attorney for Plaintiff