# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Friday, January 9, 2015

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*       Reporter: Janet Collins, OCR

| Set: 3:00 p.m. | Started: 3:00 p.m. | Ended: 3:50 p.m. |
|---|---|---|

Case No. 2:13cv345

Stephen E. Bilenky,
*Administrator of the Estate of Frank S. Wright, deceased*, Plaintiff

v.

Techtronic Industries North America, Inc., Ryobi Technologies, Inc., One World Technologies, Inc., and Home Depot U.S.A., Inc., Defendants

Attorneys Richard Shapiro and Robert Sullivan present on behalf of the plaintiff.

Attorneys John Owen and Frederick Bode, III appeared on behalf of the defendants.

Matter came on for Telephone Conference re: #133 Emergency Motion for Hearing for Expedited Discovery Relief by Plaintiff.

Comments of the Court.

Argument of counsel heard.

Court FINDS plaintiff is at a disadvantage given the late discovery. Court DIRECTS parties to submit factual statement by 1:00p.m. on Monday, January 12, 2015.

Court DIRECTS parties to confer on the objections to the deposition of Timothy Seymour. If objections are unresolved, the Court will hear the objections on Monday, January 12, 2015 at 4:30p.m.

Court DISMISSES Techtronic Industries North America, Inc. and One World Technologies, Inc. from the instant action.

Court to issue an order.