# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, January 13, 2015

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*          Reporter: Janet Collins, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 11:50 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:13cv345 |
| Stephen E. Bilenky, *Administrator of the Estate of Frank S. Wright, deceased*, Plaintiff |
| v. |
| Ryobi Technologies, Inc. and Home Depot U.S.A., Inc., Defendants |
| |
| |
| Attorneys Robert Sullivan, Richard Shapiro, and Patrick Austin present on behalf of the plaintiff. |
| Attorneys Frederick Bode, III, John Owen, and Douglas Grimsley appeared on behalf of the defendants. |
| |
| Matter came on for Hearing re: #133 Emergency Motion for Hearing for Expedited Discovery Relief by Plaintiff. |
| Comments of the Court. |
| Argument of counsel heard. |
| Evidence presented – witness sworn and testified. |
| Court STRIKES Mr. Nielsen as an expert witness, and DENIES defendant's request to bring in another expert witness. |
| Court DENIES defendant's request to continue the trial. |
| Court to issue an order. |
| Court adjourned. |
| |

| Court Exhibit: | Court Witness: |
|---|---|
| 1. Nielsen investigation notes on Jeffries. | 1. Dan Nielsen |