IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
IN OPEN COURT

JAN 2 2 2015

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

STEPHEN E. BILENKY, ADMINISTRATOR
OF THE ESTATE OF
FRANK S. WRIGHT, DECEASED,
    Plaintiff,

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

**REDACTED COPY**

v.                                                    CIVIL ACTION NO. 2:13cv345

RYOBI TECHNOLOGIES, INC.,
HOME DEPOT U.S.A., INC.,
    Defendants.

## VERDICT FORM

I.    We the Jury find in favor of Plaintiff on:

__YES__ (Yes or No) the Negligence Claim

    If "Yes," check the Defendant or Defendants your verdict is against:

    __X__ Ryobi Technologies, Inc.    _____ Home Depot U.S.A., Inc.

__NO__ (Yes or No) the Implied Warranty Claim

    If "Yes," check the Defendant or Defendants your verdict is against:

    _____ Ryobi Technologies, Inc.    _____ Home Depot U.S.A., Inc.

If you have found for the Plaintiff on either claim above, award damages to the beneficiaries in the following amounts:

    $ __2,500,000__ to Audrey Wright

    $ __0__ to Betty Bilenky

    $ __0__ to Linda Kay Etheridge

II.    _____ We the Jury find in favor of the Defendants.

**REDACTED COPY**

Foreperson: _____

Date: __1/22/2015__